IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                 :
KIM C. BLOCK, Individually and on Behalf                         :
of All Others Similarly Situated,                                :
                                                                 :
                      Plaintiff,                                 :
                                                                 :
           v.                                                    :
                                                                 :   Civil Action No. 3:18-cv-00007-K
INTEROIL CORPORATION, EXXON                                      :   Hon. Ed Kinkeade
MOBIL CORPORATION, MICHAEL                                       :
HESSION, CHRISTOPHER FINLAYSON,                                  :
CHEE KEONG YAP, DR. ELLIS                                        :
ARMSTRONG, FORD GRANT                                            :
NICHOLSON, ISIKELI REUBEN                                        :
TAUREKA, SIR WILSON KAMIT, and SIR                               :
RABBIE L. NAMALIU,                                               :
                                                                 :
                      Defendants.                                :
                                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## STIPULATION AND PROPOSED ORDER

WHEREAS, on January 2, 2018, Kim C. Block filed a putative class action complaint (the "Original Complaint") asserting a claim against InterOil Corporation ("InterOil"), Exxon Mobil Corporation ("ExxonMobil"), and Michael Hession, Christopher Finlayson, Chee Keong Yap, Dr. Ellis Armstrong, Ford Grant Nicholson, Isikeli Reuben Taureka, Sir Wilson Kamit, and Sir Rabbie L. Namaliu (collectively, the "Individual Defendants") under Section 12(a)(2) of the Securities Act of 1933 (the "Securities Act");

WHEREAS, the Original Complaint in the above-captioned action (the "Action") is governed by the provisions of the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), which provides for a specific process for the appointment of lead plaintiff and lead counsel to represent the putative class;

WHEREAS, on March 5, 2018, Melanie A. Cissone ("Plaintiff") filed a motion (the "Motion") for appointment as lead plaintiff and for approval of her selection of lead counsel in the Action (Dkt. No. 10);

WHEREAS, Plaintiff's Motion was the only motion for the appointment of lead plaintiff and approval of selection of lead counsel filed by the statutory deadline;

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys that:

1. The time by which any defendant must answer, move against, or otherwise respond to the Original Complaint in the Action shall be deferred until after the appointment of lead plaintiff, approval of selection of lead counsel for lead plaintiff, and entry of a stipulation among lead plaintiff and all defendants, or Court order, setting forth a schedule for the filing of an amended complaint and defendants' responses thereto. Any defendant that has been served with the Original Complaint and summons is expressly relieved from answering, moving against, or otherwise responding to the Original Complaint.

2. A stipulation setting forth the proposed schedule for the filing of an amended complaint by lead plaintiff and defendants' responses thereto shall be submitted to the Court no later than 15 days following the entry of an order by the Court appointing lead plaintiff and approving the selection of lead counsel pursuant to the PSLRA.

3. Nothing in this stipulation constitutes a waiver by any party to the Action of any claims or defenses in this Action or any other matter.

4. There have been no requests for an extension of time in this matter.

Dated: March 6, 2018

      **KENDALL LAW GROUP, LLP**

          By: */s/ Joe Kendall*
          Joe Kendall
          State Bar No. 11260700
          jkendall@kendalllawgroup.com
          Jamie McKey
          State Bar No. 24045262
          jmckey@kendalllawgroup.com
          3232 McKinney, Suite 700
          Dallas, Texas 75204
          (214) 744-3000
          Fax: (214) 744-3015

      **ROBBINS GELLER RUDMAN & DOWD LLP**

          David T. Wissbroecker
          dwissbroecker@rgrdlaw.com
          Timothy Z. LaComb
          655 West Broadway, Suite 1900
          San Diego, CA 92101
          (619) 231-1058
          Fax: (619) 231-7423

      **BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**

          Peretz Bronstein
          peretz@bgandg.com
          60 East 42nd Street, Suite 4600
          New York, NY 10165
          (212) 697-6484
          Fax: (212) 697-7296

*Counsel for Plaintiff Melanie A. Cissone*

Dated: March 6, 2018

        **HAYNES AND BOONE, LLP**

        By: */s/ Nina Cortell*
        Nina Cortell
        State Bar No. 04844500
        nina.cortell@haynesboone.com
        Daniel H. Gold
        State Bar No. 24053230
        daniel.gold@haynesboone.com
        2323 Victory Avenue, Suite 700
        Dallas, TX 75219
        (214) 651-5000
        Fax: (214) 651-5940

        **DAVIS POLK & WARDWELL LLP**

        Andrew Ditchfield*
        andrew.ditchfield@davispolk.com
        Lindsay Schare*
        lindsay.schare@davispolk.com
        450 Lexington Avenue
        New York, New York  10017
        (212) 450-4000
        Fax: (212) 701-5800

        * *pro hac vice* application forthcoming

*Counsel for Defendants InterOil Corporation and Exxon Mobil Corporation*

        SO ORDERED:

_____        _____
Dated        UNITED STATES DISTRICT JUDGE