# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| KIM C. BLOCK, individually and on behalf of others similarly situated, Plaintiff, | § § § § § § § | CASE NO. 3:18-CV-7-S |
| v. | | |
| INTEROIL CORPORATION, et al., Defendants. | | |

## FINAL JUDGMENT

By separate Order, the Court has granted Defendants InterOil Corporation and Exxon Mobil Corporation's Motion to Dismiss [ECF No. 35] on all claims asserted by Plaintiff Melanie A. Cissone individually and on behalf of former shareholders of InterOil stock. It is, therefore, ordered that Plaintiff take nothing by her claims against Defendants and that those claims are dismissed with prejudice. Court costs are taxed against Plaintiff. All relief not expressly granted is denied. This is a final judgment.

**SO ORDERED.**

SIGNED March /5, 2019.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**